B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District of Oregon

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Dr. Bott LLC | none known |

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 93-1267743 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 9730 SW Hillman Ct, Ste 600<br>Wilsonville, OR 97070 | c/o Garvey Schubert Barer<br>Attn: Gary I. Grenley<br>121 SW Morrison St, 11th Floor<br>Portland OR 97204 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Clackamas Co. | |
| ZIP CODE 97070 | ZIP CODE 97204 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Same as Street Address of Debtor

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7        ☑ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check **one** box.) |
|---|---|---|
| Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
**(Check applicable boxes)**

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor __Dr. Bott LLC__

Case No. __see above__

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Bart Thielen (CFO/COO) | x /s/ Justin D. Leonard     04/30/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Baltic Latvian Universal Electronics, LLC   04/30/2014 | McKittrick Leonard LLP |
| dba Blue Microphones | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| | 111 SW Columbia, Ste 1100, Portland, OR 97201 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Attn: Bart Thielen | (971) 634-0192 |
| 5706 Corsa Ave. Ste. 102 | Telephone No. |
| Westlake Village, CA 91362 | |
| | |
| x /s/ Igor Duc (Managing Director) | x /s/ Justin D. Leonard     04/30/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Design Pool Limited dba Native Union   04/30/2014 | McKittrick Leonard LLP |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| | 111 SW Columbia, Ste 1100, Portland, OR 97201 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Attn: Igor Duc | (971) 634-0192 |
| Room 4-5 | Telephone No. |
| 21F Nam Wo Hong Bldg | |
| 148 Wing Lok St | |
| Sheung Wan, Hong Kong | |
| | |
| x /s/ Noah Rasheta (CEO) | x /s/ Justin D. Leonard     04/30/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| iStabilizer, LLC     04/28/2014 | McKittrick Leonard LLP |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| | 111 SW Columbia, Ste 1100, Portland, OR 97201 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Attn: Noah Rasheta | (971) 634-0192 |
| 5 S Main Street | Telephone No. |
| Kamas, UT 84036 | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baltic Latvian Univ. Electrs., LLC dba Blue Microphones | account payable | 460,025.43 |
| Design Pool Limited dba Native Union | account payable | 267,268.55 |
| iStabilizer, LLC | account payable | 60,257.66 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 886,750.47 |

__1__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Dr. Bott LLC__

Case No. __see above__

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Edward W. Martin (CEO)
Signature of Petitioner or Representative (State title)

MarBlue     04/29/2014
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Edward W. Martin
283 N. Bryan Rd.
Dania Beach, FL 33004

x /s/ Justin D. Leonard     04/30/2014
Signature of Attorney     Date

McKittrick Leonard LLP
Name of Attorney Firm (If any)

111 SW Columbia, Ste 1100, Portland, OR 97201
Address

(971) 634-0192
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address

Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| MarBlue, 283 N. Bryan Rd., Dania Beach, FL 33004 | account payable | 99,198.83 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims    886,750.47

___0___ continuation sheets attached