**Justin D. Leonard**, OSB 033736
    Direct:  971.634.0192
    Email:  jleonard@ml-llp.com
**McKITTRICK LEONARD LLP**
111 SW Columbia, Ste. 1100
Portland, Oregon 97201
Fax:  971.634.0250

    Counsel for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Dr. Bott LLC,**<br><br>                 Debtor. | Case No. 14-32565-11<br><br>**SEWELL DEVELOPMENT CORPORATION'S JOINDER TO INVOLUNTARY PETITION** |

    Creditor Sewell Development Corporation, a Utah corporation ("**Sewell**") hereby joins in the Involuntary Chapter 11 Petition that was filed on May 1, 2014 (the "**Petition**") by the four petitioning creditors Baltic Latvian Universal Electronics, LLC dba Blue Microphones, Design Pool Limited dba Native Union, iStabilizer, LLC, and MarBlue.

    Attached hereto is an amended signature page to accompany the Petition as filed, which shall now include Sewell. Together with Sewell, the five petitioning creditors' claims total $912,285.35.

    To the extent the Court so requests, counsel will file an Amended Involuntary Chapter 11 Petition with the attached amended signature page attached.

    DATED:  May 2, 2014.

                                    McKITTRICK LEONARD LLP

                                    By:  /s/ Justin D. Leonard
                                         Justin D. Leonard, OSB 033736
                                         Counsel for Petitioning Creditors

B 5 (Official Form 5) (12/07) – Page 2    **Name of Debtor** Dr. Bott LLC

**Case No.** 14-32565-11

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Edward W. Martin (CEO)                      x /s/ Justin D. Leonard          04/30/2014
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
MarBlue                           04/29/2014      McKittrick Leonard LLP
Name of Petitioner                Date Signed    Name of Attorney Firm (If any)
                                                 111 SW Columbia, Ste 1100, Portland, OR 97201
Name & Mailing Address of Individual   Edward W. Martin        Address
Signing in Representative Capacity     283 N. Bryan Rd.        (971) 634-0192
                                       Dania Beach, FL 33004   Telephone No.

x /s/ Preston Wily (CEO)                         x /s/ Justin D. Leonard          05/04/2014
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
Sewell Development Corp.          05/04/2014      McKittrick Leonard LLP
Name of Petitioner                Date Signed    Name of Attorney Firm (If any)
                                                 111 SW Columbia, Ste 1100, Portland, OR 97201
Name & Mailing Address of Individual   Attn: Preston Wily      Address
Signing in Representative Capacity     57 N 1380 W             (971) 634-0192
                                       Orem, UT 84057          Telephone No.

x_____           x_____
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date

Name of Petitioner                Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual                     Address
Signing in Representative Capacity
                                                         Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| MarBlue, 283 N. Bryan Rd., Dania Beach, FL 33004 | account payable | 99,198.83 |
| Sewell Dev. Corp., 57 N 1380 W, Orem, UT 84057 | account payable | 25,534.88 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims    912,285.35

____0____ continuation sheets attached

## CERTIFICATE OF SERVICE

      I certify that on the date below, I will cause this **SEWELL DEVELOPMENT CORPORATION'S JOINDER TO INVOLUNTARY PETITION** to be served on interested parties requesting notice through the Court's CM/ECF system, as well as by first class U.S. mail on the following parties requesting notice by mail:

    Dr. Bott LLC
    9730 SW Hillman Ct, Ste 600
    Wilsonville, OR 97070

DATED: May 2, 2014.

                                                By: /s/ Justin D. Leonard
                                                         Justin D. Leonard, OSB 033736