**Justin D. Leonard**, OSB 033736
    Direct:  971.634.0192
    Email:  jleonard@ml-llp.com
**McKITTRICK LEONARD LLP**
111 SW Columbia, Ste. 1100
Portland, Oregon 97201
Fax:  971.634.0250

    Counsel for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Dr. Bott LLC,**<br><br>                     Debtor. | Case No. 14-32565-tmb11<br><br>**CORPORATE OWNERSHIP STATEMENT FOR ALL PETITIONING CREDITORS** |

    The five petitioning creditors (*i.e.,* Baltic Latvian Universal Electronics, LLC dba Blue Microphones, Design Pool Limited dba Native Union, iStabilizer, LLC, MarBlue, and Sewell Development Corporation) each hereby represent, by and through their counsel, that there is no "corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests" under FRBP 7007.1, except as follows:

- **Baltic Latvian Universal Electronics, LLC dba Blue Microphones** is wholly owned by **Blue Holding Corp.**, which is wholly owned by **The Riverside Company** private equity fund;

- **Design Pool Limited dba Native Union** is a wholly-owned subsidiary of **Design Pool Group Limited**, which is owned by individuals; and

- **iStabilizer, LLC** is owned by two corporate entities: **Creative Downpour LLC** (75%) and **Guernsey Holdings LLC** (25%), which are each wholly-owned by individuals.

    DATED:  May 7, 2014.

                                                   McKITTRICK LEONARD LLP

                                                   By:  /s/ Justin D. Leonard
                                                       Justin D. Leonard, OSB 033736
                                                       Counsel for Petitioning Creditors

## CERTIFICATE OF SERVICE

I certify that on the date below, I will cause this **CORPORATE OWNERSHIP STATEMENT FOR ALL PETITIONING CREDITORS** to be served on interested parties requesting notice through the Court's CM/ECF system, as well as by first class U.S. mail on the following parties requesting notice by mail:

Dr. Bott LLC
9730 SW Hillman Ct, Ste 600
Wilsonville, OR 97070

DATED: May 7, 2014.

By: /s/ Justin D. Leonard
    Justin D. Leonard, OSB 033736