Joseph A. Field, OSB # 940710
Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Email: joe@fieldjerger.com
Tel. (503) 228-9115
Fax (503) 225-0276
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re:<br><br>Dr. Bott, LLC<br><br>        Debtor. | Case No.: 14-32565- TMB 11<br><br>DEBTOR'S ANSWER<br>TO INVOLUNTARY PETITION |
|---|---|

Dr. Bott, LLC, the above-captioned putative debtor (the "Debtor") respectfully appears and answers the Involuntary Petition as follows:

1) The Debtor admits pursuant to 11 USC §303(a) that it is an Oregon limited liability company engaged in business.

2) The Debtor admits pursuant to 11 USC §303(b)(1), that the petitioning creditors consist of three or more creditors with non-contingent claims and which are not the subject of bona fide disputes as to liability or amount. The Debtor further admits that its debts exceed $15,325.

3) Pursuant to 11 USC § 363(h)(1), the Debtor admits that, due to its insolvency, it is generally not paying its debts as they become due.

Page 1 of 3
Answer to Involuntary
Petition

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

4) The Debtor does not controvert the involuntary petition and concedes that it is insolvent.

The Debtor does not object to entry of the Bankruptcy Court's order for relief.

Dated: May 27, 2014.

        /s/ Joseph A. Field
        Joseph A. Field, OSB # 940710
        Field Jerger LLP
        621 SW Morrison St. #1225
        Portland, OR 97205
        Email: joe@fieldjerger.com
        Tel. (503) 228-9115
        Fax (503) 225-0276
        Attorney for the Debtor

Page 2 of 3
Answer to Involuntary
Petition

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

Certificate of Service

By signing below, I certify that on the date indicated below, I served the forgoing Answer on all parties registered for notice with the Bankruptcy Court's CM/ECF Electronic Filing System.

Dated: May 27, 2014.

>/s/ Joseph A. Field
>Joseph A. Field, OSB # 940710
>Field Jerger LLP
>621 SW Morrison St. #1225
>Portland, OR 97205
>Email: joe@fieldjerger.com
>Tel. (503) 228-9115
>Fax (503) 225-0276
>Attorney for the Debtor

Page 3 of 3
Answer to Involuntary
Petition

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276