U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

May 27, 2014

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Trish M Brown*

**U.S. Bankruptcy Judge**

ORCRO (6/29/12) bls

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Dr. Bott LLC**
Debtor(s)

Case No. **14–32565–tmb11**

**AMENDED**
ORDER FOR RELIEF AND
DESIGNATING PERSON TO
PERFORM DUTIES OF DEBTOR

On consideration of the petition filed against the above−named debtor, and the Court finding that entry of an order for relief against the debtor is appropriate,

**IT IS ORDERED** that:

1. Relief under Chapter 11 of Title 11 of the United States Code is granted.

2. **Eric W Prentice**, who represents the debtor in the capacity of **Operations Manager**, is designated, pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure, to perform the duties imposed upon the debtor by Title 11 of the United States Code and in particular by §521 and by Rule 1007 of the Federal Rules of Bankruptcy Procedure.

3. **The debtor (or designated person in ¶2 above)** shall file with the Clerk's Office:

    a. Within 2 days: a list of the debtor's 20 largest unsecured creditors, excluding insiders, including the name, address, phone number and contact person for each, with an attached Certificate of Service that certifies you served on the U.S. Trustee both (1) a copy of the list, and (2) self−adhesive labels with the name and service address for each of the following: the debtor (or party designated to perform the debtor's duties), any joint debtor, any debtor's attorney, and each creditor on the list; and

    b. Within 7 days: a list per Local Form #104 containing the name and address of each entity included or to be included on Schedules D,E,F,G, and H; and

    c. Within 14 days: (1) the information required by, and in a format substantially similar to Official Form B1; (i.e., you must cross off the words "Voluntary Petition" if you actually use that form); (2) (if debtor is a non−governmental corporation) a Corporate Ownership Statement per Fed. Bankr. Rule 1011(f); (3) a complete set of schedules; (4) a Statement of Financial Affairs; and (5) (if debtor an individual) a separate Statement of Social Security Number (Official Form B21).

4. **(If debtor fails to comply with ¶3 above) the debtor(s) (or designated person in ¶2 above) shall appear before the Court, at which time testimony will be received if offered and admissible,** at **09:30 AM**, on **6/17/14,** in **US Bankruptcy Court, Courtroom #4, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204,** and explain the reasons, if any, for the failure to obey a lawful order of the Court as set forth in ¶3 above. If you do not adequately explain your failure to obey, the Court may (a) order a third person to perform the duties mentioned above and enter a judgment against you to pay such person reasonable compensation for the services performed and other reasonable costs; (b) deny your discharge for failure to obey a lawful order of the Court; or (c) order such other relief as the Court may deem appropriate.

###