B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re  __Dr. Bott, LLC__

Debtor(s)

Case No.  __14-32565 tmb11__

Chapter  __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Baltic Latvian Universal Electronics LLC dba Blue Microphones 5706 Corsa Ave Ste 102 Westlake Village, CA 91362-4057** | **Brian Arensberg Baltic Latvian Universal Electronics LLC dba Blue Microphones 5706 Corsa Ave, Ste 102 Westlake Village, CA 91362-4057** | | | **443,070.23** |
| **Belkin Logistics, Inc. 12045 E. Waterfront Drive Playa Vista, CA 90094** | **Charlie Thomas Belkin Logistics, Inc. 12045 E. Waterfront Drive Playa Vista, CA 90094** | | | **116,895.18** |
| **Blue Ant Wireless 125 S Wacker Chicago, IL 60606** | **Mike Smart Blue Ant Wireless 125 S Wacker Chicago, IL 60606** | | | **190,668.82** |
| **Corning Cable Systems LLC 800 17th Street NW Hickory, NC 28603** | **Anna Ollis□□ Corning Cable Systems LLC 800 17th Street NW Hickory, NC 28603** | | | **89,443.82** |
| **Double Robotics Inc 158 Commercial St. Sunnyvale, CA 94086** | **RJ Wafer Double Robotics, Inc. 158 Commercial St. Sunnyvale, CA 94086** | | | **91,177.92** |
| **ELAGO CO., LTD. Ilsan Techno Town, Suite 222 1141-1 Baekseok Dong, Ilsan Dong Gu, Goyang City Gyeonggi-Do 410-722 KOREA** | **Marcelino Kim ELAGO CO., LTD. Ilsan Techno Town, Suite 222 1141-1 Baekseok Dong, Ilsan Dong Gu, KOREA** | | | **144,017.20** |
| **ESI Distribution LTD Edifier 428 Hemphill St Fort Worth, TX 76104** | **Lisa Cassell ESI Distribution LTD Edifier 428 Hemphill St Fort Worth, TX 76104** | | | **91,319.51** |

B4 (Official Form 4) (12/07) - Cont.

In re **Dr. Bott, LLC**
_____
Debtor(s)

Case No. **14-32565 tmb11**
_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| Fitbit, Inc.<br>150 Spear St.<br>Suite 200<br>San Francisco, CA 94105 | Mark Silverio<br>Fitbit, Inc.<br>150 Spear St.<br>Suite 200<br>San Francisco, CA 94105 | | | 1,296,724.79 |
| Griffin Technology<br>2030 Lindell Ave<br>Nashville, TN 37203 | Jane Miller<br>Griffin Technology<br>2030 Lindell Ave<br>Nashville, TN 37203 | | | 114,656.86 |
| HTK Telecom<br>5218 Riverrade Road<br>Irwindale, CA 91706 | Kevin Boumajdi<br>HTK Telecom<br>5218 Riverrade Road<br>Irwindale, CA 91706 | | | 148,420.65 |
| iHealth Lab Inc.<br>1984 Latham Street Suite30<br>Mountain View, CA 94040 | Zoe Wang<br>iHealth Lab Inc.<br>1984 Latham Street Suite30<br>Mountain View, CA 94040 | | | 610,042.26 |
| Incipio Technologies, Inc.<br>TAVIK<br>6001 Oak Canyon<br>Irvine, CA 92618 | Ann Fong<br>Incipio Technologies, Inc.<br>6001 Oak Canyon<br>Irvine, CA 92618 | | | 524,426.61 |
| Jeff Edelson<br>Markowitz, Herbold, Glade &<br>Mehlhaf, PC<br>1211 SW Fifth Avenue, Ste<br>3000<br>Portland, OR 97204 | Jeff Edelson<br>Markowitz, Herbold, Glade & Mehlhaf, PC<br>1211 SW Fifth Avenue, Ste 3000<br>Portland, OR 97204 | Legal representation of the Debtor in state court lawsuit against Dr. Roderich Bott. | Disputed | 109,452.30 |
| Lytro, Inc<br>1300 Terra Bella Avenue<br>Mountain View, CA 94043 | Dan Morgan□□<br>Lytro, Inc<br>1300 Terra Bella Avenue<br>Mountain View, CA 94043 | | | 79,387.73 |
| Marware, Inc<br>MarBlue<br>Attn: Edward W. Martin<br>283 N Bryan Rd<br>Dania, FL 33004 | Attn: Edward W. Martin<br>Marware, Inc<br>MarBlue<br>283 N Bryan Rd<br>Dania, FL 33004 | | | 79,952.73 |
| Premier Systems USA, Inc.,<br>dba olloclip<br>16291 Gothard St.<br>Huntington Beach, CA 92647 | Steve Muttram□□<br>Premier Systems USA, Inc.,<br>dba olloclip<br>16291 Gothard St.<br>Huntington Beach, CA 92647 | | | 504,545.27 |
| Ten One Design<br>149 Chestnut Street<br>Montclair, NJ 07042 | Peter Skinner<br>Ten One Design<br>149 Chestnut Street<br>Montclair, NJ 07042 | | | 231,230.40 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Dr. Bott, LLC**
_____
Debtor(s)

Case No.    **14-32565 tmb11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wal-Mart Stores<br>Global Shared Services<br>North America<br>327 Red Powell Dr.<br>Derby, KS 67037** | **Kathy Schroeder<br>Wal-Mart Stores<br>Global Shared Services North America<br>327 Red Powell Dr.<br>Derby, KS 67037** | | | **1,508,434.26** |
| **Will Leather Goods<br>Spirit Leather Goods LLC<br>3215 MEADOW LANE<br>EUGENE, OR 97402** | **Jonathan Liberty<br>Will Leather Goods<br>Spirit Leather Goods<br>3215 MEADOW LANE<br>EUGENE, OR 97402** | | | **102,597.27** |
| **ZAGG Inc.<br>3855 S 500 W STE J<br>Salt Lake City, UT 84115** | **Michael Cordova<br>ZAGG Inc.<br>3855 S 500 W STE J<br>Salt Lake City, UT 84115** | | | **269,865.02** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member, CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **May 28, 2014**
_____

Signature    **/s/ Eric. W. Prentice**
_____
**Eric. W. Prentice**
**Member, CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.