Joseph A. Field, OSB # 94071
Field Jerger LLP
Email: joe@fieldjerger.com
621 SW Morrison St. #1225
Portland, OR 97205
Tel. (503) 228-9115
Fax (503) 225-0276
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Dr. Bott, LLC<br><br>          Debtor. | Case No.: 14-32565-tmb11<br><br>APPLICATION TO EMPLOY<br>FIELD JERGER, LLP<br>AS COUNSEL FOR THE DEBTOR |

Dr. Bott, LLC, the above-captioned debtor and debtor in possession (the "Debtor"), respectfully moves the Court for entry of an order employing Joseph A. Field and the law firm of Field Jerger LLP as its attorneys. In support of this Motion, the Debtor respectfully represents:

1. The Debtor requests that Field Jerger server as its attorney in this case.

2. In order to facilitate the duties of the Debtor in Possession, pursuant to 11 U.S.C. § 1107, the Debtor requests approval to employ the law firm of Field Jerger to serve as its counsel.

3. Joseph A. Field (OSB #940710) will serve as the primary attorney for the Debtor in this bankruptcy case. Matthew A. Arbaugh (OSB #02025) and Jonathan C. Smale (OSB #09151) will also perform services for the Debtor in this case. Scott Jerger (OSB # 023377) may perform litigation work in this case. Mssrs. Field, Arbaugh, Smale and Jerger are in good standing in all courts in which they are admitted to practice.

Page 1 of 3
Application to Employ
Attorneys

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

4. The Debtor believes that Field Jerger has the necessary experience in Chapter 11 bankruptcy proceedings and is qualified to represent it in this case.

5. Field Jerger will provide professional services during the bankruptcy case, which may include:

   a. Legal advice to the Debtor and representation on all aspects of chapter 11 bankruptcy throughout the life of the chapter 11 bankruptcy case.

   b. Case administration.

   c. All duties authorized under 11 U.S.C. 1107 and 11 U.S.C. 1106

6. The Debtor does not believe that Field Jerger has any relationship that would render it ineligible to serve as its counsel.

**Compensation**

7. The proposed rate of compensation, agreed to by the Debtor and subject to Court approval is the regular hourly rate for Field Jerger attorneys and paralegals that provide professional services. The regular hourly rate for the attorneys and paralegals from Field Jerger designated to represent the Debtor are as follows (Note: these rates may be adjusted upwards, which the firm typically does on January 1st of each year to reflect inflation and increased expertise):

   a. Joseph A. Field, attorney. Hourly rate $395.00;

   b. R. Scott Jerger, attorney, Hourly rate $345.00

   c. Matthew A. Arbaugh, attorney. Hourly rate $325.00;

   d. Jonathan Smale, attorney. Hourly rate $275.00;

   e. Koren Benish, paralegal. Hourly rate $120.00, and;

   f. Legal Assistants: Hourly rate $100.00.

Page 2 of 3
Application to Employ
Attorneys

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

8. Field Jerger will seek compensation and reimbursement of expenses as administrative expenses in such amounts as the Court authorizes.

WHEREFORE, the Debtor asks the Court to authorize the employment of Field Jerger as its counsel at its regular hourly rates subject to LBR 2014 and this Court's order. A proposed form of order approving Field Jerger's employment is attached as Exhibit A.

Dated: May 28, 2014.

Dr. Bott, LLC.

/s/ Eric Prentice
By Eric Prentice
Managing Member
Dr. Bott, LLC.

Page 3 of 3
Application to Employ
Attorneys

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

# Exhibit A

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Dr. Bott, LLC.,<br><br>        Debtor. | Case No.: 14-32565- TMB 11<br><br>ORDER GRANTING APPLICATION TO EMPLOY FIELD JERGER, LLP AS COUNSEL FOR THE DEBTOR |

       THIS MATTER came before this Court on the Application (the "Application") of Dr. Bott, LLC., the Debtor and Debtor-in-Possession (the "Debtor"), for an Order to Employ Field Jerger, LLP as Attorneys for the Debtor. No party objected to the Application. The Court, having reviewed the Application and accompanying statements, and being otherwise fully advised in the premises and for good cause shown:

       NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor is authorized to

employ the law firm of Field Jerger, LLP as general counsel in all matters arising in or related to this proceeding as of the Petition Date. The Debtor is further authorized to pay Field Jerger, LLP a reasonable fee for their services at their customary hourly rates and reimbursement of reasonably incurred costs upon application, notice, and order of the Court.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A) and no party has objected to this form of order.


Presented by:

/s/ Joseph A. Field
Joseph A. Field, OSB # 940710
Field Jerger LLP
621 SW Morrison Street, Suite 1225
Portland, OR 97205
(503) 228-9115
(503) 225-0276
E mail:  joe@fieldjerger.com
Of Attorneys for Debtor

Page 2 of 2
Order Approving
Application to Employ
Attorneys

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                         )
                                              )  Case No. _____
                                              )
                                              )  RULE 2014 VERIFIED STATEMENT
Debtor(s)                                     )  FOR PROPOSED PROFESSIONAL

**Note:** To file an amended version of this statement per ¶19, file a fully completed amended Rule 2014 statement on LBF #1114 and clearly identify any changes from the previous filed version.

1. The applicant is not a creditor of the debtor except:

2. The applicant is not an equity security holder of the debtor.

3. The applicant is not a relative of the individual debtor.

4. The applicant is not a relative of a general partner of the debtor (whether the debtor is an individual, corporation, or partnership).

5. The applicant is not a partnership in which the debtor (as an individual, corporation, or partnership) is a general partner.

6. The applicant is not a general partner of the debtor (whether debtor is an individual, corporation, or partnership).

7. The applicant is not a corporation of which the debtor is a director, officer, or person in control.

8. The applicant is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

9. The applicant is not a person in control of the debtor.

10. The applicant is not a relative of a director, officer or person in control of the debtor.

11. The applicant is not the managing agent of the debtor.

12. The applicant is not and was not an investment banker for any outstanding security of the debtor; has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor; and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

13. The applicant has read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Oregon Bankruptcy Judge, except as follows:

14. The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

15. Describe details of all payments made to you by either the debtor or a third party for any services rendered on the debtor's behalf within a year prior to filing of this case:

16. The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)).  Please list and explain the relationship between the debtor and the affiliate:

17. The applicant is not an affiliate of the debtor.

18. Assuming any affiliate of the debtor is the debtor for purposes of statements 4-13, the statements continue to be true except (list all circumstances under which proposed counsel or counsel's law firm has represented any affiliate during the past 18 months; any position other than legal counsel which proposed counsel holds in either the affiliate, including corporate officer, director, or employee; and any amount owed by the affiliate to proposed counsel or its law firm at the time of filing, and amounts paid within 18 months before filing):

19. The applicant hereby acknowledges that he/she has a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court an amended verified statement on LBF #1114, with the caption reflecting that it is an amended Rule 2014 statement and any changes clearly identified.

THE FOLLOWING QUESTIONS NEED BE ANSWERED ONLY IF AFFILIATES HAVE BEEN LISTED IN STATEMENT 16.

20. List the name of any affiliate which has ever filed bankruptcy, the filing date, and court where filed:

21. List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed.  Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee.  Only name those guarantees now outstanding or outstanding within the last 18 months:

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor.  Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any.  Only name those loans now outstanding or paid off within the last 18 months:

23. List any security interest in any property granted by the debtor to secure any debts of any affiliate not covered in statements 20 and 21.  List any security interest in any property granted by the affiliate to secure any debts of the debtor not covered in statements 21 and 22.  Also include the collateral, the date and nature of the security interest, the name of the creditor to whom it was granted, and the current balance of the underlying debt:

24. List the name of any affiliate who is potentially a "responsible party" for unpaid taxes of the debtor under 26 U.S.C. §6672:

I verify that the above statements are true to the extent of my present knowledge and belief.

							_____
							Applicant

Joseph A. Field, OSB # 940710
Field Jerger LLP
Email: joe@fieldjerger.com
621 SW Morrison St. #1225
Portland, OR 97205
Tel. (503) 228-9115
Fax (503) 225-0276
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No.: 14-32565-tmb11 |
|---|---|
| Dr. Bott, LLC | CERTIFICATE OF SERVICE |
| Debtor. | |

I certify that on the date indicated below, I served the forgoing Employment Application, Proposed Order and LBF 1114 on all parties of record who have registered for notice with the Bankruptcy Court's CM/ECF electronic filing system and by US MAIL as indicated below.

<u>VIA US MAIL</u>

| | | |
|---|---|---|
| ZAGG Inc.<br>Attn: Michael Cordova<br>3855 S 500 W STE J<br>Salt Lake City, UT 84115 | Belkin Logistics, Inc.<br>Attn: Charlie Thomas<br>12045 E. Waterfront Drive<br>Playa Vista, CA 90094 | Blue Ant Wireless<br>Attn: Mike Smart<br>125 S Wacker<br>Chicago, IL 60606 |
| Corning Cable Systems LLC<br>Attn: Anna Ollis<br>800 17th Street NW<br>Hickory, NC 28603 | Double Robotics, Inc.<br>Attn: RJ Wafer<br>158 Commercial St.<br>Sunnyvale, CA 94086 | ELAGO CO., LTD.<br>Attn: Marcelino Kim<br>Ilsan Techno Town, Suite 222<br>1141-1 Baekseok Dong, Ilsan Dong Gu,<br>Goyang City Gyeonggi-Do 410-722<br>**KOREA** |
| ESI Distribution LTD<br>Edifier<br>Attn: Lisa Cassell | Fitbit, Inc.<br>Attn: Mark Silverio<br>150 Spear St. | Griffin Technology<br>Attn: Jane Miller<br>2030 Lindell Ave |

Page 1 of 2
Certificate of Service

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

| | | |
|---|---|---|
| 428 Hemphill St<br>Fort Worth, TX 76104 | Suite 200<br>San Francisco, CA 94105 | Nashville, TN 37203 |
| HTK Telecom<br>Attn: Kevin Boumajdi<br>5218 Riverrade Road<br>Irwindale, CA 91706 | Incipio Technologies Inc<br>Attn Ann Fung<br>6001 Oak Canyon<br>Irvine, CA 92618 | Markowitz, Herbold, Glade & Mehlhaf, PC<br>Attn: Jeff Edelson<br>1211 SW Fifth Avenue, Ste 3000<br>Portland, OR 97204 |
| iHealth Lab Inc.<br>Attn: Zoe Wang<br>1984 Latham Street Suite30<br>Mountain View, CA 94040 | Premier Systems USA, Inc.,<br>dba olloclip<br>Attn: Steve Muttram<br>16291 Gothard St.<br>Huntington Beach, CA 92647 | Lytro, Inc<br>Attn: Dan Morgan<br>1300 Terra Bella Avenue<br>Mountain View, CA 94043<br>dmorgan@lytro.com |
| Ten One Design<br>Attn: Peter Skinner<br>149 Chestnut Street<br>Montclair, NJ 07042 | Wal-Mart Stores<br>Global Shared Services North America<br>Attn: Kathy Schroeder<br>327 Red Powell Dr.<br>Derby, KS 67037 | Will Leather Goods<br>Spirit Leather Goods<br>Attn: JONATHAN LIBERTY<br>3215 MEADOW LANE<br>EUGENE, OR 97402 |

Dated: May 29, 2014.

/s/ Joseph A. Field
Joseph A. Field, OSB # 94071
Field Jerger LLP
Email: joe@fieldjerger.com
621 SW Morrison St. #1225
Portland, OR 97205
Tel. (503) 228-9115
Fax (503) 225-0276
Attorney for Debtor

Page 2 of 2
Certificate of Service

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276