Gary I. Grenley, Bar #751380
E-Mail: ggrenley@gsblaw.com
Garvey Schubert Barer
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

Dr. Bott, LLC,

      Debtor.

No. 14-32565-tmb11

DECLARATION OF GARY I. GRENLEY
IN SUPPORT OF DEBTOR'S OPPOSITION
TO MOTION FOR RELIEF FROM STAY

I, Gary I. Grenley, do hereby declare as follows:

1.     I make this declaration based upon my own personal knowledge. I am one of the responsible attorneys at Garvey Schubert Barer who was authorized by Judge Alicia A. Fuchs of the Multnomah County Circuit Court to represent Dr. Bott, LLC in the pending state court litigation entitled *Dr. Bott, LLC et. al. v. Dr. Roderich Bott*, Multnomah County Circuit Court Case No. 1112-15996 (the "state court case"). Judge Fuchs' approval of our firm's representation was rendered in open court on April 1, 2014 as a result of the disqualification of prior counsel for Dr. Bott, LLC.

2.     Soon after retention and approval of our firm to represent Dr. Bott, LLC, I commenced reviewing all of the pertinent pleadings in the state court case pending in Multnomah County Circuit Court for almost two and a half years. My review included some half-dozen pending motions as well as extremely detailed pleadings filed in both the state court case and in a mandamus proceeding in the

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Oregon Supreme Court which summarized over a year of extremely hard fought and acrimonious litigation driven primarily by the non-operating member and seventy-five percent owner of Dr. Bott, LLC (Dr. Roderich Bott) against the twenty-five percent owner and operating member (Eric Prentice), as well as the LLC itself. The litigation was commenced by the LLC due to the corporate stalemate between the owners for the purpose of obtaining Court ordered mediation, and if mediation failed, then for an order allowing the LLC to purchase Dr. Roderich Bott's interest in the LLC. Dr. Roderich Bott's response was to allege derivative claims against Eric Prentice and direct claims against the LLC seeking dissolution. Dr. Roderich Bott has not asserted any direct claims against Eric Prentice. Likewise, Eric Prentice has not asserted any claims against Dr. Roderich Bott or the LLC. As a result, the LLC is caught in the middle of this expensive litigation.

3. From my review of these pleadings, it became quite obvious that, whatever the merits of the competing claims were, the length and nature of the litigation had cost Dr. Bott, LLC so much money that it found itself on the verge of, or actually within, a state of insolvency. I also concluded that, if the state court case was to continue, it might cost Dr. Bott, LLC as much if not more than it had already spent in the litigation to date. It was reported to me that the state court case had cost the LLC more than $1 million in attorneys' fees and costs already, a figure I didn't doubt from my pleading review.

4. As we told Judge Fuchs at our first appearance before her, we had agreed to become involved in the state court case not to continue the litigation, but to explore opportunities to resolve the case and save the LLC's business. It soon became apparent to me that the majority shareholder/non-operating member, Dr. Roderich Bott, was less interested in resolution than in continuing to litigate through his attorney, Katherine Heekin, who also seemed eager to continue the blood bath without regard to its cost or futility.

5. During my review of the pleadings, I learned that there were a number of pending motions, including a motion to dismiss the LLC's affirmative claims, without prejudice, a motion for summary judgment to dismiss the LLC's affirmative claims, a motion to appoint a receiver for the

Page 2 - DECLARATION OF GARY I. GRENLEY IN
SUPPORT OF DEBTOR'S OPPOSITION TO
MOTION FOR RELIEF FROM STAY

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eleventh floor
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939

1  LLC and to place Eric Prentice on administrative leave, and a motion to compel production of

2  privileged communications between Eric Prentice's personal counsel and the LLC's former counsel.

3  With the exception of the motion to appoint a receiver (which appears unnecessary now that a

4  bankruptcy case is pending), none of these motions would resolve any substantive issue in the case or

5  make a substantive determination of who should control the LLC. I estimated that the cost to respond

6  to all of these motions would well exceed $25,000 in fees alone.

7      6.     My ultimate conclusion was that the state court case was achieving nothing for the

8  parties but was enriching those attorneys involved, and that no amount of continued litigation would

9  accomplish anything of significance no matter who won or lost; (with the LLC bearing a significant

10  portion of its costs). Soon after completion of my review of the pleadings, I communicated with

11  Judge Fuchs asking her to abate all pending motions and to order the parties into a mandatory

12  mediation. Judge Fuchs did not immediately act upon my request. On May 1, several of the

13  Dr. Bott, LLC creditors filed a Petition for Involuntary Bankruptcy which commenced this

14  proceeding in Bankruptcy Court.

15     7.     I am still of the opinion, now more than ever due to the bankruptcy filing, that a

16  continuation of the state court case is senseless, will not benefit any of its parties, but will force

17  Dr. Bott, LLC to further deplete its scant resources as it will be required to be represented by legal

18  counsel. Moreover, I believe that the continued litigation of the state court case will result in an

19  unnecessary distraction to the LLC's management.

20     DATED this 30th day of May, 2014.

GARVEY SCHUBERT BARER

By
   Gary I. Grenley, Bar #751380
   Telephone: (503) 228-3939
   Fax: (503) 226-0259
   E-Mail: ggrenley@gsblaw.com

26  PDX_DOCS:517612.1 [34479.00200]

Page 3 - DECLARATION OF GARY I. GRENLEY IN
SUPPORT OF DEBTOR'S OPPOSITION TO
MOTION FOR RELIEF FROM STAY

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eleventh floor
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939