| | | | |
|---|---|---|---|
| 6/4/2014 | | WEDNESDAY | Judge Trish M Brown |
| 01:30 PM | ■ 14-32565 tmb 11 | Dr. Bott LLC | |

Notice of Hearing and Motion for Relief from Stay and Supporting Document(s) Filed by Interested Party Dr. Roderich Bott Hearing Scheduled for 6/4/2014 at 01:30 PM at Telephone Hearing. (SCHLEICHER, TARA) (12)

Dr. Bott LLC - db
Dr. Roderich Bott - intp

TARA J SCHLEICHER
✓ Joe Field - Debtor
✓ Justin Leonard - Petitioning Creditors
- Mr Cox - Hershel Supply

**Evidentiary Hearing:** Yes: ☐  No: ☒

Motion will be denied w/o prejudice

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JUN 0 4 2014

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

Order to be prepared by: ☐ clerk's office  ☐ chambers  ☐ _____

DOCKET ENTRY:

Motion for relief is denied without prejudice.

Trish M Brown

cc Ms Schleicher
   Mr Field
   Mr Leonard
   Mr Cox

Run Date: 6/4/2014