| | | | |
|---|---|---|---|
| 6/18/2014 | | **WEDNESDAY** | **Judge Trish M Brown** |
| 10:30 AM<br>CR 4 | ■ 14-32565  tmb 11 | Dr. Bott LLC | |

1) Motion to Appoint Trustee (pursuant to 11 U.S.C. 1104) Filed by Baltic Latvian Universal Electronics, LLC dba Blue Microphones, MarBlue, Sewell Development Corporation, iStabilizer, LLC (LEONARD, JUSTIN) (14)
2) Motion to Appoint Trustee Under 11 U.S.C. 1104 Filed by U.S. Trustee US Trustee, Portland (US Trustee, Portland) (46)

Dr. Bott LLC - db           ✓ JOSEPH A FIELD
US Trustee, Portland - ust    ✓ Justin Leonard
                              ✓ Vivienne Popperl

**Evidentiary Hearing:**   Yes: ☐   No: ☑

- Trustee should be appointed, full authority
- Parties required to confer within next 2 days so trustee can be in place by Friday

Order to be prepared by:   ☐ clerk's office   ☐ chambers   ☑ Ms Popperl to upload the order allowing the motions

DOCKET ENTRY:

**In Re:** )  Case # 14-32565-tmb11
)
Dr. Bott LLC )
)
)
**Debtor**

## List of Persons Attending

Date of Hearing 6/18/14

**PRINT YOUR NAME**

**PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT**

| | |
|---|---|
| Patrick Foran | Herschel Supply - Creditor |
| Tara Schleicher | Dr Roderich Bott |
| Katherine Heekin | " |
| Joe Field | Debtor |
| Vivienne Popperl | UST |
| Justin Leonard | Petitioning Creditors |