M. Vivienne Popperl, OSB #853055
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7656

      Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Dr. Bott LLC,<br><br>Debtor. | Case No. 14-32565-tmb11<br><br>APPOINTMENT OF CHAPTER 11 TRUSTEE AND ESTABLISHMENT OF BOND |

      Pursuant to the Order of this Court entered on June 18, 2014 (the "Order") directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Michael B. Batlan to serve as the chapter 11 trustee.

      The chapter 11 trustee bond is initially set at $ 3,000,000. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond are required or made.

      This appointment is made the 18th day of June, 2014.

      Respectfully submitted,
      GAIL BREHM GEIGER
      Acting United States Trustee for Region 18

      /s/ M. Vivienne Popperl
      M. Vivienne Popperl, OSB #853055
      Trial Attorney

Case 14-32565-tmb11    Doc 69    Filed 06/18/14

## CERTIFICATE OF SERVICE

I hereby certify that on **June 18, 2014**, I served a copy of the foregoing APPOINTMENT OF CHAPTER 11 TRUSTEE AND ESTABLISHMENT OF BOND by mailing a copy of this document, by United States first-class mail, postage prepaid, addressed to the following:

Dr. Bott LLC
c/o Garvey Schubert Barer
Attn: Gary I Grenley
121 SW Morrison St 11th Fl
Portland, OR 97204

Eric Prentice
9730 SW Hillman Ct #600
Wilsonville, OR 97070

GAIL GREHM GEIGER
Acting United States Trustee for Region 18

/s/ M. Vivienne Popperl
M. Vivienne Popperl, OSB #853055
Trial Attorney