M. Vivienne Popperl, OSB #853055
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7656

    Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| In re | Case No. 14-32565-tmb11 |
|---|---|
| Dr. Bott LLC, | TRUSTEE'S ACCEPTANCE AND VERIFIED STATEMENT |
| Debtor. | |

    I hereby accept appointment as Trustee in the above-captioned case and the duties and responsibilities of the appointment.

    I hereby verify that I have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: As a chapter 7 bankruptcy trustee for various bankruptcy estates, I have employed the following law firms: Farleigh Wada,Witt and McKittrick Leonard, LLP;

Page 1 of 2 – TRUSTEE'S ACCEPTANCE AND VERIFIED STATEMENT

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18 day of June, 2014.

_____
Michael B. Batlan

# CERTIFICATE OF SERVICE

I hereby certify that on the **18th day of June, 2014**, I served a copy of the foregoing TRUSTEE'S ACCEPTANCE AND VERIFIED STATEMENT by mailing a copy of this document, by United States first-class mail, postage prepaid, addressed to the following:

Dr. Bott LLC
c/o Garvey Schubert Barer
Attn: Gary I Grenley
121 SW Morrison St 11th Fl
Portland, OR 97204

Eric Prentice
9730 SW Hillman Ct #600
Wilsonville, OR 97070

                                                      GAIL GREHM GEIGER
                                                      Acting United States Trustee for Region 18

                                                      /s/ M. Vivienne Popperl
                                                      M. Vivienne Popperl, OSB #853055
                                                      Trial Attorney