M. Vivienne Popperl, OSB #853055
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7656

Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Dr. Bott LLC,<br><br>Debtor. | Case No. 14-32565-tmb11<br><br>UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE |

The United States Trustee hereby applies to the Court pursuant to 11 U.S.C. § 1104(d) and Fed. R. Bankr. P. 2007.1(c) for an Order Approving the Appointment of Chapter 11 Trustee and in support thereof, states:

1. The United States Trustee has appointed Michael B. Batlan as trustee in the above-captioned case.

2. The United States Trustee has consulted with the following parties in interest regarding the appointment of the trustee:

- Joseph A. Field, proposed counsel for the debtor;
- Justin D. Leonard, counsel for the petitioning creditors;
- Tara J. Schleicher, counsel for Dr. Roderich Bott;
- James Ray Streinz, counsel for iHealth Lab, Inc.
- Jeff Garfinkle, counsel for Olloclip, LLC

- Conde Thompson Cox, counsel for Heschel Supply Co., Ltd

3. To the best of Applicant's knowledge, Michael B. Batlan's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the office of the United States Trustee are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the court enter an order approving the appointment of Michael B. Batlan as trustee in the above-captioned case.

DATED this 18th day of June, 2014.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

/s/ M. Vivienne Popperl
M. Vivienne Popperl, OSB #853055
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on **the 18th day of June, 2014**, I served a copy of the foregoing UNITED STATES TRUSTEE'S APPLICTION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE AND ESTABLISHMENT OF BOND by mailing a copy of this document, by United States first-class mail, postage prepaid, addressed to the following:

Dr. Bott LLC
c/o Garvey Schubert Barer
Attn: Gary I Grenley
121 SW Morrison St 11th Fl
Portland, OR 97204

Eric Prentice
9730 SW Hillman Ct #600
Wilsonville, OR 97070

                                            GAIL GREHM GEIGER
                                            Acting United States Trustee for Region 18


                                            /s/ M. Vivienne Popperl
                                            M. Vivienne Popperl, OSB #853055
                                            Trial Attorney